**Order entered December 29, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-01110-CR

### DONALD WAYNE OWENS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 397th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 070234

### ORDER

Appellant timely filed a pro se notice of appeal on December 17, 2020. We **ORDER** the trial court to conduct a hearing to determine whether appellant is entitled to court-appointed counsel in this appeal. If the trial court finds that appellant is entitled to court-appointed counsel, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeal. If the trial court finds that appellant is not entitled to court-appointed counsel, the trial court shall determine

whether appellant will retain counsel to represent him in the appeal and, if so, the name, State Bar number, and contact information for retained counsel.

We **ORDER** the trial court to transmit any record of the hearing on counsel, including findings of fact, any orders, and any supporting documentation, to this Court within **THIRTY DAYS** of the date of this order.

We **ORDER** District Clerk Kelly Ashmore to file a supplemental clerk's record containing the appointment of counsel within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brian Gary, Presiding Judge, 397th Judicial District Court; to Kelly Ashmore, Grayson County District Clerk; to Donald Wayne Owens, SO #87031, Grayson County Jail, 200 South Crocket, Sherman, TX 75090; and to the Grayson County District Attorney's Office, Appellate Division.

We **ABATE** the appeal to allow the trial court an opportunity to comply with this order. It shall be reinstated when the supplemental clerk's record is filed or the Court deems it appropriate to do so.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE